**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____  District of  TEXAS _____
                                    (State)

Case number (*if known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   WC Culebra Crossing SA, LP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 6 – 3 9 4 7 2 2 0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 814 Lavaca Street | |
| Number     Street | Number     Street |
| | P.O. Box |
| Austin        TX    78701 | |
| City         State   ZIP Code | City         State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| TRAVIS | 8323 Culebra Road |
| County | Number     Street |
| | San Antonio    TX    78251 |
| | City         State   ZIP Code |

5. **Debtor's website** (URL)

| Debtor | WC Culebra Crossing SA, LP | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  3  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   WC Culebra Crossing SA, LP
_____
Name

Case number (if known) _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____  When _____ Case number _____
                                              MM / DD / YYYY

           District _____  When _____ Case number _____
                                              MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☒ Yes.  Debtor   See attachment _____   Relationship _____

            District _____   When _____
                                                                  MM / DD / YYYY

            Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number        Street

                              _____

                              _____
                              City                                  State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

---

Debtor    <u>WC Culebra Crossing SA, LP</u>        Case number *(if known)*_____
       Name

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/03/2021</u>
         MM / DD / YYYY

✗ _____      Natin Paul
   Signature of authorized representative of debtor     Printed name

Title    <u>Authorized Agent</u>

---

Debtor   WC Culebra Crossing SA, LP
_____
Name

Case number (if known)_____

---

**18. Signature of attorney**

✗   /s/ Mark H. Ralston
_____
Signature of attorney for debtor

Date   05/03/2021
_____
MM   / DD / YYYY

Mark H. Ralston
_____
Printed name

Fishman Jackson Ronquillo PLLC
_____
Firm name

13155 Noel Road, Suite 700
_____
Number       Street

Dallas                                    TX        75240
_____
City                                      State      ZIP Code

(972) 419-5544                           mralston@fjrpllc.com
_____
Contact phone                             Email address

16489460                                 TX
_____
Bar number                                State

---

**10. Bankruptcy cases pending by an affiliate**

| | CASE NAME | VENUE | CASE NUMBER | DATE FILED | RELATIONSHIP |
|---|---|---|---|---|---|
| 1 | 900 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11527-tmd | 11/04/19 | Affiliate |
| 2 | 905 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11528-tmd | 11/04/19 | Affiliate |
| 3 | 5th and Red River, LLC | Bankr. W.D. Tex. | 19-11529-tmd | 11/04/19 | Affiliate |
| 4 | 7400 South Congress, LLC | Bankr. W.D. Tex. | 19-11530-tmd | 11/04/19 | Affiliate |
| 5 | Silicon Hills Campus, LLC | Bankr. W.D. Tex. | 20-11042-tmd | 01/07/20 | Affiliate |
| 6 | Hirshfeld Moore, LLC | Bankr. W.D. Tex. | 20-10251-tmd | 02/03/20 | Affiliate |
| 7 | WC 103 East Fifth, LLC | Bankr. W.D. Tex. | 20-10252-tmd | 02/03/20 | Affiliate |
| 8 | WC 320 Congress, LLC | Bankr. W.D. Tex. | 20-10253-tmd | 02/03/20 | Affiliate |
| 9 | WC 422 Congress, LLC | Bankr. W.D. Tex. | 20-10254-tmd | 02/03/20 | Affiliate |
| 10 | WC 805-809 East Sixth, LLC | Bankr. W.D. Tex. | 20-10255-tmd | 02/03/20 | Affiliate |
| 11 | WC 901 East Cesar Chavez, LLC | Bankr. W.D. Tex. | 20-10256-tmd | 02/03/20 | Affiliate |
| 12 | WC 1212 East Sixth, LLC | Bankr. W.D. Tex. | 20-10257-tmd | 02/03/20 | Affiliate |
| 13 | WC 9005 Mountain Ridge, LLC | Bankr. W.D. Tex. | 20-10258-tmd | 02/03/20 | Affiliate |
| 14 | WC 2101 Ben White, LP | Bankr. W.D. Tex. | 20-10182-tmd | 02/04/20 | Affiliate |
| 15 | WC 4th and Colorado, LP | Bankr. W.D. Tex. | 20-10881-tmd | 08/04/20 | Affiliate |
| 16 | WC 4811 South Congress, LLC | Bankr. W.D. Tex. | 20-11105-tmd | 10/6/2020 | Affiliate |
| 17 | WC Teakwood Plaza, LLC | Bankr. W.D. Tex. | 20-11104-tmd | 10/6/2020 | Affiliate |
| 18 | WC South Congress Square, LLC | Bankr. W.D. Tex. | 20-11107-tmd | 10/6/2020 | Affiliate |
| 19 | WC 8120 Research, LP | Bankr. W.D. Tex. | 20-11106-tmd | 10/6/2020 | Affiliate |
| 20 | WC Custer Creek Center Property, LLC | Bankr. W.D. Tex. | 20-11106-tmd | 11/2/2020 | Affiliate |
| 21 | WC Thousand Oaks Center, LP | Bankr. W.D. Tex. | 20-11106-tmd | 4/6/2021 | Affiliate |
| 22 | WC 3rd and Trinity, LP | Bankr. W.D. Tex. | 20-11106-tmd | 4/6/2021 | Affiliate |
| 23 | WC 6th and Rio, LP | Bankr. W.D. Tex. | 20-10359-tmd | 4/6/2021 | Affiliate |
| 24 | WC 5th and Waller, LLC | Bankr. W.D. Tex. | 21-10358-tmd | 4/6/2021 | Affiliate |