**Fill in this information to identify the case:**

Debtor name: WC Culebra Crossing SA, LP

United States Bankruptcy Court for the: WESTERN District of TEXAS (State)

Case number (If known): 21-10360

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WellMed Medical Management, Inc. | Mark Feinberg<br>8637 Fredericksburg Rd. Ste 360<br>San Antonio, TX 78251 | Security Deposit | C | | | $21,644.00 |
| 2 | ABH Property Management, LLC | Alicia Hernandez<br>103 Riviera Dr.<br>San Antonio, TX 78213 | Security Deposit | C | | | $19,716.88 |
| 3 | Malley & Malley, LP | 5615 Bicentennial Dr Ste 101<br>San Antonio, TX 78219 | Trade Debt | | | | $18,160.63 |
| 4 | Prestonwood Landscape Services, LLC | PO Box 542466<br>Dallas, TX 75354-2466 | Trade Debt | | | | $13,965.32 |
| 5 | PJS of Texas, Inc | PO Box 678545<br>Dallas, TX 75267-8545 | Trade Debt | | | | $13,520.45 |
| 6 | LED of San Antonio, LLC | 13119 Lookout Ridge<br>San Antonio, TX 78233 | Trade Debt | | | | $11,415.00 |
| 7 | Oil Change Express, Ltd | Eric A. Galindo<br>731 Abbott Ridge<br>Saint Hedwig, TX 78152 | Security Deposit | C | | | $10,019.43 |
| 8 | Texas Parking Lots | 231 Highway 46 West<br>Boerne, TX 78006 | Trade Debt | | | | $7,498.47 |

Debtor  WC Culebra Crossing SA, LP  
Name

Case number (*if known*) 21-10360

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | TKM ASIAN LLC | Yuanyuan Zhang 6401 Rochester Drive #160, Houston, TX 77036 | Security Deposit | C | | | $6,439.28 |
| 10 | Bolin Plumbing, Ltd. | PO Box 1161 Helotes, TX 78023 | Trade Debt | | | | $6,053.55 |
| 11 | WR Sharp LLC | Willard Sharp 5440 Babcock Rd. Ste A-100 San Antonio, TX 78240-3946 | Security Deposit | C | | | $5,809.40 |
| 12 | Rehler Vaughn & Koone, Inc | 745 E. Mulberry Ave. Ste 601 San Antonio, TX 78212 | Trade Debt | | | | $4,950.00 |
| 13 | Inoca Holdco II LLC | PO Box 19047 Austin, TX 78760 | Trade Debt | | | | $4,841.98 |
| 14 | CUONG LOI & NAMPHUONG LOI | Cuong & Namphuong Loi 11502 Spyglass Hills San Antonio, TX 78253 | Security Deposit | C | | | $4,778.24 |
| 15 | Lawmen Security, Inc. | PO Box 700031 San Antonio, TX 78270-0031 | Trade Debt | | | | $4,558.50 |
| 16 | La Pelu Hair Design | Jonathan Gutierrez 10210 Canton Field San Antonio, TX 78245 | Security Deposit | C | | | $4,554.75 |
| 17 | CPS Energy | PO Box 2678 San Antonio, TX 78289-0001 | Trade Debt | | | | $4,543.31 |
| 18 | Waste Management of Texas Inc | PO Box 660345 Dallas, TX 75266-0345 | Trade Debt | | | | $3,837.66 |
| 19 | Bogart's Cocktails | Armida G. Alvarado 8323 Culebra Rd., Ste 106 San Antonio, TX 78251 | Security Deposit | C | | | $3,806.64 |
| 20 | Elite Lighting Designs, Inc. | 8442 Gault Lane San Antonio, TX 78209 | Trade Debt | | | | $3,678.33 |