**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
<u>AUSTIN</u> **DIVISION**

In Re:                                                          §                    **Case No.** <u>21-10360-tmd</u>
                                                               §
                                                               §
                                                               §                    **Chapter** <u>    11    </u>
                    <u>WC Culebra Crossing SA, </u>            §
                                                               §

### LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

<u>  Natin Paul, Authorized Representative  </u>          <u>  May 4, 2021  </u>
Debtor                                                          Date


<u>                                            </u>          <u>                      </u>
Joint Debtor                                                    Date

WC Culebra Crossing SA, LP
814 Lavaca Street
Austin, TX 78701

Mark H. Ralston
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

Timber Culebra, LLC
c/o Steve Chiscano
Gonzalez, Chiscano, Angulo & Kasson, P.C.
9601 McAllister Freeway, Suite 401
San Antonio, Texas  78216

Timber Culebra, LLC
c/o: Steve Benesh, Jeremy Dunbar,
        Chris Doson
Bracewell LLP
111 Congress Avenue, Suite 2300
Austin, Texas  78701-4061

WellMed Medical Management, Inc
c/o Mark Feinberg
8637 Fredericksburg Rd., Suite 360
San Antonio, TX  78251

ABH Property Management, LLC
Alicia Hernandez
103 Riviera Dr.
San Antonio, TX  78213

Malley & Malley, LP
5615 Bicentennial Drive, Suite 101
San Antonio, TX  78219

Prestonwood Landscape Services, LLC
PO Box 542466
Dallas, TX  75354-2466

PJS of Texas, Inc. (Professional) Janitorial Services
P.O. Box 678545
Dallas, TX  75267-8545

LED of San Antonio, LLC
13119 Lookout Ridge
San Antonio, TX  78233

Oil Change Express, Ltd.
Attn: Eric A. Galindo
731 Abbott Ridge
Saint Hedwig, TX  78152

Texas Parking Lots
231 Highway 46 West
Boerne, TX  78006

TKM ASIAN LLC | Happy Guy Chinese Rest
Attn: Yuanyuan Zhang
6401 Rochester Drive #160
Houston, TX  77036

Bolin Plumbing, Ltd.
PO Box 1161
Helotes, TX  78023

WR Sharp LLC
Attn: Willard Sharp
5440 Babcock Road., Suite A-100
San Antonio, TX  78240-3946

Rehler Vaughn & Koone, Inc.
745 E. Mulberry Ave., Suite 601
San Antonio, TX  78212

Inoca Holdco II LLC
P.O. Box 19047
Austin, TX  78760

Cuong LOI & Namphuong LOI | BOBATEA GARDEN
11502 Spyglass Hills
San Antonio, TX  78253

Lawmen Security, Inc.
P.O. Box 700031
San Antonio, TX  78270-0031

La Pelu Hair Design
Attn: Jonathan Gutierrez
10210 Canton Field
San Antonio, TX 78245

CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001

Waste Management of Texas Inc.
P.O. Box 660345
Dallas, TX 75266-0345

Bogart's Cocktails
Attn: Armida G. Alvarado
8323 Culebra Rd., Suite 106
San Antonio, TX 78251

Elite Lighting Designs, Inc.
8442 Gault Lane
San Antonio, TX 78209

Imagine Book & Record Store
Attn: Don Hurd & Irma Hurd
8373 Culebra Road, Suite 201B
San Antonio, TX 78251

Credit Central of Texas LLC
Attn: Carrie Romero
700 E North Street #15
Greenville, NC 29601

San Antonio Dental Center
Attn: Frank Aryan
8373 Culebra Road., Suite 102A
San Antonio, TX 78251

Accurate Pest Control
PO Box 34775
San Antonio, TX 78265

Darlene Regina Brown dba Fully Promoted
6910 Benward Lane
San Antonio, TX 78250

5608733.1

San Antonio Water Systems
P.O. Box 2990
San Antonio, TX  78299

Never Falter Crossfit
Attn: Marcos Rodriguez
9331 Silver Vista
San Antonio, TX  78254

True Gospel Fellowship Church CLGI
Attn: Rhonda Walton
9810 Wind Dancer
San Antonio, TX  78251

Will's All Pro Plumbing & Air Conditioning
7847 Fortune Drive
San Antonio, TX  78250

Osbaldo Flores dba Osbaldo Flores Automotive Repair
8333 Culebra Road, Suite 101B
San Antonio, TX  78251

La Garita International Food Market & Restaurant
Attn: Pedro Alicea
10351 Mt. Hood
San Antonio, TX  78251

Alliance Tax Advisors
433 E. Las Colinas Boulevard
Irving, TX  75039

Kafe Kora, LLC
Attn: Adja Nfor
8631 Laguna Rio
San Antonio, TX  78251