IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| WC CULEBRA CROSSING SA, LP [1] | § § | CASE NO. 21-10360 |
| DEBTOR. | § § § | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned, counsel to Timber Culebra, LLC, a secured lender in the above-referenced case, hereby files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following address:

Jason G. Cohen
Christopher L. Dodson
Bracewell LLP
711 Louisiana Street
Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-1212
E-mail: jason.cohen@bracewell.com
E-mail: chris.dodson@bracewell.com

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: WC Culebra Crossing SA, LP (7220).

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Jason G. Cohen*
Jason G. Cohen
Texas Bar No. 24050435
Christopher L. Dodson
Texas Bar No. 24050519
jason.cohen@bracewell.com
chris.dodson@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

***COUNSEL FOR TIMBER CULEBRA, LLC***

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2021, a true and correct copy of the foregoing was served electronically via the Court's ECF noticing system on all parties registered to receive notice.

*/s/ Jason G. Cohen*
Jason G. Cohen