| | |
|---|---|
| **From:** | Mark Ralston |
| **To:** | Ellis, Caroline W. |
| **Cc:** | Cohen, Jason; Dodson, Chris |
| **Subject:** | RE: Culebra Motion to Expedite [IWOV-Legal.FID117267] |
| **Date:** | Friday, August 27, 2021 1:30:54 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | WC Culebra Crossing - Discovery Responses - Lender.XLSX |

Caroline,

Attached is the chart reflecting what we believe are deficiencies in Timber Culebra's document production.

I'll talk to you at 2 pm.

Best,

**Mark H. Ralston** | Attorney
**FISHMAN | JACKSON | RONQUILLO PLLC**
13155 Noel Road, Suite 700 | Dallas, Texas 75240
Direct Dial: 972.419.5544 |  Fax: 972.419.5501
Email: mralston@fjrpllc.com



CONFIDENTIALITY NOTICE:  This e-mail and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.  We do not waive client-attorney or work product privilege by the transmission of this message.

---

**From:** Ellis, Caroline W. <caroline.w.ellis@bracewell.com>
**Sent:** Friday, August 27, 2021 10:02 AM
**To:** Mark Ralston <mralston@fjrpllc.com>
**Cc:** Cohen, Jason <jason.cohen@bracewell.com>; Dodson, Chris <chris.dodson@bracewell.com>
**Subject:** RE: Culebra Motion to Expedite [IWOV-Legal.FID117267]

Let's do 2 pm to give you enough time.

Happy to discuss our production responses as well. Send over the chart whenever you get the chance and I'll review with my client. I am pretty open on Tuesday to discuss those.

---

**From:** Mark Ralston [mailto:mralston@fjrpllc.com]

**Sent:** Friday, August 27, 2021 9:56 AM
**To:** Ellis, Caroline W. <caroline.w.ellis@bracewell.com>
**Cc:** Cohen, Jason <jason.cohen@bracewell.com>; Dodson, Chris <chris.dodson@bracewell.com>
**Subject:** RE: Culebra Motion to Expedite [IWOV-Legal.FID117267]

Caroline, do you mind if we push our meeting to sometime between noon to 2 pm CT today? (I'm a bit jammed up on other WC matters). You name the time.

Also, the Debtor also has concerns about your client's production responses. I will forward a chart that we prepared regarding same. Perhaps we could schedule a time to discuss early next week?

Best,

**Mark H. Ralston** | Attorney
FISHMAN | JACKSON | RONQUILLO PLLC
13155 Noel Road, Suite 700 | Dallas, Texas 75240
Direct Dial: 972.419.5544 |  Fax: 972.419.5501
Email: mralston@fjrpllc.com

CONFIDENTIALITY NOTICE:  This e-mail and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system.  We do not waive client-attorney or work product privilege by the transmission of this message.

**From:** Ellis, Caroline W. <caroline.w.ellis@bracewell.com>
**Sent:** Thursday, August 26, 2021 9:55 AM
**To:** Mark Ralston <mralston@fjrpllc.com>
**Cc:** Cohen, Jason <jason.cohen@bracewell.com>; Dodson, Chris <chris.dodson@bracewell.com>
**Subject:** Re: Culebra Motion to Expedite [IWOV-Legal.FID117267]

Mark,

Does tomorrow work? I am traveling today. Available any time at your convenience tomorrow.

Thanks,

Caroline

**CAROLINE W. ELLIS**
Associate
caroline.w.ellis@bracewell.com | download v-card
T: +1.713.221.1368 | F: +1.800.404.3970 | M: +1.914.384.4167

**BRACEWELL LLP**
711 Louisiana Street, Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | LinkedIn | Twitter



CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

> On Aug 26, 2021, at 10:52 AM, Mark Ralston <mralston@fjrpllc.com> wrote:
>
> Caroline, I would like to work out the production issues with a realistic timeline for production of any deficiencies with the expectation of submitting an agreed order. I will review your list with my client. Would you be available later this afternoon to discuss?
>
> Best,
>
> **Mark H. Ralston** | Attorney
> FISHMAN | JACKSON | RONQUILLO PLLC
> 13155 Noel Road, Suite 700 | Dallas, Texas 75240
> Direct Dial: 972.419.5544 | Fax: 972.419.5501
> Email: mralston@fjrpllc.com
> <image001.jpg>
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney or work product privilege by the transmission of this message.

**From:** Ellis, Caroline W. <caroline.w.ellis@bracewell.com>
**Sent:** Wednesday, August 25, 2021 8:12 PM
**To:** Mark Ralston <mralston@fjrpllc.com>
**Cc:** Cohen, Jason <jason.cohen@bracewell.com>; Dodson, Chris <chris.dodson@bracewell.com>
**Subject:** Culebra Motion to Expedite

Mark,

We are planning on filing a motion to expedite our motion for contempt [dkt. 51] tomorrow morning in the Culebra case. Please let us know if you object to having this heard on an expedited basis, or if there are any days next week that don't work for you.

Thanks,

Caroline

**CAROLINE W. ELLIS**
Associate
caroline.w.ellis@bracewell.com | download v-card
T: +1.713.221.1368 | F: +1.800.404.3970 | M: +1.914.384.4167

**BRACEWELL LLP**

711 Louisiana Street, Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | LinkedIn | Twitter

<image002.jpg>

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

| Request | Documents | Production |
|---|---|---|
| 1 | Documents that identify name and address of employees, directors, managers, and officers | 5259 - 5280 (members and managers only) |
| 2 | Documents that identify name and address of agents and representatives, including substitute trustees | 5217 - 5226 |
| 3 | Documents that identify Lender's members and owners, including beneficial/ultimate beneficial owners | 5259 - 5280 (but note, no documents showing beneficial/ultimate beneficial owners) |
| 4 | Documents that identify Lender's (in)direct control persons | No production |
| 5 | Documents that identify ownership and source of funds to purchase note, including ownership and sources of funds for lenders or investors of Lender | No production |
| 6 | Formation documents for Lender and its members and managers | 5259 - 5280 |
| 7 | Partnership agreements and operating agreements for Lender and its members and managers | 5259 - 5280 |
| 8 | Minutes for meetings regarding the Property or Guarantor, whether meeting was held by Lender or its control persons | No production |
| 9 | All agreements regarding Debtor or the Property | 1 - 50, 60 - 66, 351 - 396, 402 - 422, 435 - 544, 891 - 903, 991 - 1075, 4718 - 4888 |
| 10 | Documents regarding subscription agreements, investment documents, and investment reports involving Debtor or the Property | No production |
| 11 | Business plans, budgets, forecasts, and projections regarding Debtor, the Property, or the note purchase | No production |
| 12 | Documents regarding rents paid to Lender or the previous lender | 1736 - 4081, 5115 - 5117 |

| | | |
|---|---|---|
| 13 | Documents regarding Debtor, the Property, or the Loan that Lender received from the previous lender | 1 - 1518, 1434 - 1602 |
| 14 | Documents and communications with the previous lender regarding Debtor, the Property, or the Loan | 4082 - 4945 (communications between Riley and Santos mostly, though some have Bayne, B. Hardeman, and W. Hardeman cc'd) |
| 15 | Documents and communications supporting the amounts set out in the payoff request(s) | 1084 - 89 (nothing substantive) |
| 16 | Documents and communications regarding the amounts set out in the payoff request(s) | 1089 (nothing substantive) |
| 17 | Documents regarding communications and agreements between Lender and its members, equity holders, and beneficial owners regarding Debtor, the Property, or the note purchase | No production |
| 18 | Documents regarding funding sources for the note purchase, including solicitation materials | No production |
| 19 | Documents regarding the note purchase, including documents Lender used to determine whether to purchase the note | 1603 - 1735, 5195 - 5202 |
| 20 | Documents and communications regarding the Property or the note purchase, including internal communications and communications with the previous lender (e.g., loan files, bid packages, diligence) | 4082 - 4945, 5203 - 5258 (note: no internal communications) |
| 21 | Communications with tenants | 1736 - 4081, 4946 - 5059, 5071 - 5079, 5093 - 5114, 5118 - 5194 |
| 22 | Communications regarding the Property, the Loan, or tenants, be they internal, with the substitute trustee, or with a non-party | Covered by other requests, but no internal communications |
| 23 | Documents regarding Lender's relationship to affiliates, including organizational charts and operating agreements | No production |
| 24 | Communications involving Lender or its affiliates regarding Debtor or its affiliates | No production |

| # | Request | Response |
|---|---------|----------|
| 25 | Documents and communications involving Lender or its affiliates regarding purchasing the loans of Debtor's affiliates | 4082 - 4945 (relates to Culebra Crossing and 4th & Rio only) |
| 26 | Communications involving Lender or its affiliates regarding information obtained in the course of purchasing the note, or information regarding the Loan | No production |
| 27 | Duplicative of Request 26 | N/A |
| 28 | Documents and communications regarding appraisals, opinions of value, or valuations of the Property | 850 - 856, 1090 - 1518, 1441 - 1584 |
| 29 | Communications, analyses, pro formas, offers or plans to sell, lease or develop the Property | No production |
| 30 | Documents and communications with real estate brokerages regarding Debtor, the Property, or Guarantor | No production |
| 31 | Documents and communications with the substitute trustee for Spring Custer regarding Debtor, the Property, or Guarantor | No production |
| 32 | Documents and communications regarding Lender's efforts to commence maintenance or work on the Property | See production that is responsive to Request 37 |
| 33 | Documents and communications regarding the relationship between Lender and Deep Eddy Capital Management | No production |
| 34 | Documents and communications between Lender and Deep Eddy Capital Management | No production |
| 35 | Documents and communications between Mark Riley and any third party regarding the Property, the Loan, Debtor, or Guarantor | 4082 - 5059 |
| 36 | Documents and communications between Bryan Hardeman and any third party regarding the Property, the Loan, Debtor, or Guarantor | No production |

| | | |
|---|---|---|
| 37 | Documents and communications between Justin Bayne and any third party regarding the Property, the Loan, Debtor, or Guarantor | 5060 - 5114 |
| 38 | Documents and communications between William Hardeman and any third party regarding the Property, the Loan, Debtor, or Guarantor | No production |
| 39 | Duplicative of Request 35 | N/A |